No. 11, Original. UNITED STATES *v.* LOUISIANA ET AL. This case is set for argument on Monday, October 13, 1958, on the motion of the United States for judgment, the answers thereto, and on the motion to dismiss the cross-bill of the State of Alabama. Counsel are directed to submit a proposed schedule within thirty days for the filing of briefs, and the order of an allotment of time for oral argument. Such schedule shall provide that the briefs of all of the parties be on file on or before September 15, 1958. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Solicitor General Rankin* for the United States. *Jack P. F. Gremillion,* Attorney General, *W. Scott Wilkinson, Edward M. Carmouche, John L. Madden, Bailey Walsh,* Special Assistant Attorneys General, *Hugh M. Wilkinson, Victor A. Sachse* and *Marc Dupuy, Jr.* for the State of Louisiana; *Price Daniel,* Governor, *Will Wilson,* Attorney General, *James N. Ludlum,* First Assistant Attorney General, *James H. Rogers,* Assistant Attorney General, *James P. Hart* and *J. Chrys Dougherty*

for the State of Texas; *Joe T. Patterson,* Attorney General, and *John H. Price, Jr.,* Assistant Attorney General, for the State of Mississippi; *John Patterson,* Attorney General, *William G. O'Rear, Gordon Madison,* Assistant Attorneys General, and *E. K. Hanby,* Special Assistant Attorney General, for the State of Alabama; and *Spessard L. Holland,* United States Senator, *Richard W. Ervin,* Attorney General, *J. Robert McClure,* First Assistant Attorney General, *Fred M. Burns,* Assistant Attorney General, and *Robert J. Kelly,* Special Assistant Attorney General, for the State of Florida, defendants. For previous order see 355 U. S. 876.